IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MORNINGSTAR OPERATING #3, LTD. | § | CASE NO. 07-30400-H5-7 |
| | § | (Chapter 7) |
| Debtor | § | |

**APPLICATION TO DEPOSIT FUNDS INTO THE REGISTRY
UNDER 11 U.S.C. §374(a)**

The undersigned Trustee reports:

☐  The dividends payable to the creditors listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

√  More than ninety (90) days have passed since the final distribution, and the dividends payable to the creditors listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq.*).

Dated:  April 6, 2011                           Respectfully submitted,


                                                By:    */s/ Pamela Gale Johnson*
                                                       Pamela Gale Johnson
                                                       Fed ID No. 4481
                                                       State Bar No. 10777700
                                                       1000 Louisiana, Suite 2000
                                                       Houston, Texas 77002
                                                       Telephone:  (713) 276-1664
                                                       Facsimile:  (713) 751-1717

                                                       **CHAPTER 7 TRUSTEE**

## EXHIBIT "A"

Please Check One:

_____        Small Dividends

\_\_√\_\_        Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Lonestar Pharmacy<br>c/o Jason Ankele<br>Sullivan & Cook, LLC<br>2301 Cedar Springs Rd.<br>Dallas, Texas 75201 | 14 | $1,372.12 |
| Department of the Treasury<br>Internal Revenue Service<br>210 E. Earll<br>Stop 5014 PHX<br>Phoenix, Arizona 85012 | 15 | $1,070.26 |
| | TOTAL: | $2,442.38 |

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the *Application to Deposit Funds into the Registry of the Court Under 11 U.S.C. § 374(a),* was sent to all registered ECF users in this case, otherwise, by U.S. first class mail, postage pre-paid to the parties listed below on this 6th day of April, 2011:

Debtor
Morningstar Operating #3, Ltd.
c/o Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
700 Louisiana, Suite 2550
Houston, Texas 77002

Debtor's Attorney
Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
700 Louisiana, Suite 2550
Houston, Texas 77002

U.S. Trustee
Judy A. Robbins, U.S. Trustee
ATTN: Nancy L. Holley, Trial Attorney
515 Rusk Avenue, Suite 3516
Houston, Texas 77002

*/s/ Pamela Gale Johnson*
 Pamela Gale Johnson